UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **PAT TATE** | **DOCKET NO. 2:25-cv-0336** |
| **REG. # 32215-009** | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN** |
| **WARDEN MARTINEZ** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 8) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 5th day of September, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE